5. Granting such other relief as the case may require or as may be deemed proper and equitable.

>Respectfully submitted,
>
>*/s/ Austin C. Maas*
>Alison F. Kanne    AT0013262
>Benjamin G. Arato    AT0010863
>Austin C. Maas    AT0014906
>WANDRO & ASSOCIATES, P.C.
>2501 Grand Ave. Suite B
>Des Moines, IA 50312
>Telephone: (515) 281-1475
>Facsimile: (515) 281-1474
>Email: akanne@2501grand.com
>       barato@2501grand.com
>       amaas@2501grand.com
>
>ATTORNEYS FOR PLAINTIFFS