UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA – CENTRAL DIVISION

| | |
|---|---|
| **ELEMENT 119, LLC, and KETTLESTONE HEIGHTS, LLC**,<br><br>Plaintiffs,<br><br>vs.<br><br>**LAUREN DEGEER LLC; DRF SERVICES, LLC; and MALLWOOD PARK**<br><br>Defendants. | CASE NO. 4:22-cv-00359-JEG-SBJ<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW Plaintiffs Element 119, LLC and Kettlestone Heights, LLC ("Plaintiffs") and pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby dismiss their Complaint against Defendants without prejudice.

    Respectfully submitted,

    */s/ Austin C. Maas*
    Alison F. Kanne    AT0013262
    Benjamin G. Arato    AT0010863
    Austin C. Maas    AT0014906
    WANDRO & ASSOCIATES, P.C.
    2501 Grand Ave. Suite B
    Des Moines, IA 50312
    Telephone: (515) 281-1475
    Facsimile: (515) 281-1474
    Email: akanne@2501grand.com
           barato@2501grand.com
           amaas@2501grand.com

    ATTORNEYS FOR PLAINTIFFS